FLORENCE B. VAN SICLEN, Appellant, v. JAMES INCREASE MATHER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [134 Misc. 629.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL SCAGNI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRIS RUBIN, Appellant.— Judgment modified by reducing sentence to the time already served by the defendant, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIDNEY SHIRLEY, Respondent, v. FRANK C. WATERBURY and EUGENE W. WATERBURY, Appellants.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENZION ASCHENGRAU, Respondent, v. YELLOW TAXI CORPORATION OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEMENTINO ROBINSON (Correct Name CLEMENTINE JACKSON), Appellant.— Judgment modified by reducing sentence to the time already served by the defendant, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE TEETER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GOLDBERG, MAAS & Co., INC., for an Order Restraining the Enforcement of an Award by FINSILVER, STILL & MOSS, INC.

Order reversed, with ten dollars costs and disbursements, and motion for an injunction granted, with ten dollars costs, for the reasons set forth in the opinion of Proskauer, J., handed down herewith in *Matter of F., S. & M., Inc.,* v. *Goldberg, M. & Co., Inc.* (*ante*, p. 90). Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents and votes for affirmance.

MERRELL, J. (dissenting). For the reasons stated in my opinion in *Matter of F., S. & M., Inc.,* v. *Goldberg, M. & Co., Inc.* (*ante*, p. 90), the order appealed from should be affirmed, with costs to the respondent.